Certificate Number: 05781-VAE-DE-041472464

Bankruptcy Case Number: 26-33518

05781-VAE-DE-041472464

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2026, at 2:11 o'clock PM PDT, Frank Prosise completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: September 22, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President